# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HORATIO NIMLEY, | : |
|                         Plaintiff, | :   CIVIL ACTION |
| v. | : |
| CARL ROBINSON, et al., | :   NO. 15-4473 |
|                         Defendants. | : |

## ORDER

**AND NOW**, this 9th day of November, 2016, upon consideration of the Motion for Summary Judgment by Defendants Carl Robinson and Bryan Boyer (Docket No. 38), Plaintiff's Response in Opposition (Docket No. 40), and Defendants' Reply (Docket No. 44), and having heard the arguments of counsel at a hearing before me on October 20, 2016, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.